**FILED**

10/25/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0031

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0031

_____

IN THE MATTER OF THE ESTATE OF:

IAN RAY ELLIOT,                                                        O R D E R

      Deceased.


_____


Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Jenny Jing, Alice Carpenter, Mike Bolenbaugh, all counsel of record, and to the Honorable Rod Souza, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 25 2023